UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO.  5:10-301-KKC

TRAVELERS CASUALTY INSURANCE COMPANY
OF AMERICA *on behalf of Johnny Palumbo, II,*
*doing business as Brookview Apartments*,                                    PLAINTIFF

v.                    **MEMORANDUM OPINION AND ORDER**

VOLUNTEERS OF AMERICA KENTUCKY, INC.
and DENA SELLERS,                                                        DEFENDANTS

* * * *   * * * *   * * * *   * * * *

       This matter is before the Court on Plaintiff's Motion for Partial Summary Judgment. [DE 58]. Plaintiff's Motion for Partial Summary Judgment on the issue of liability relies on excluding Defendant's expert witness, Robert Russell. [DE 58 at 4]. In a Memorandum Opinion and Order entered contemporaneously with this Order, the Court denied Plaintiff's motion to exclude Russell's testimony.

       Accordingly, because there is a genuine dispute of material fact, Plaintiff's Motion for Partial Summary Judgment [DE 58] is **DENIED.**

       **So ORDERED**

Dated this 21st day of August, 2012.

Signed By:

*Karen K. Caldwell*

**United States District Judge**